FILED: June 3, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6878

(3:04-cr-00223-RJC-DCK-2)

(3:08-cv-00219-RJC)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

MADISON DUANE MCRAE

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:04-cr-00223-RJC-DCK-2<br>3:08-cv-00219-RJC |
| Date notice of appeal filed in originating court: | 05/17/2013 |
| Appellant | Madison McRae |
| Appellate Case Number | 13-6878 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |